```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

Boards of Trustees of the        :
Ohio Laborers' Fringe Benefit
Program,                         :

       Plaintiffs,             :

    v.                         :       Case No. 2:14-cv-0214

                                  :
M&R, LLC,                                Magistrate Judge Kemp
       Defendant.              :

## ORDER

    Plaintiffs have filed a motion to compel seeking the defendant's attendance at deposition and responses to interrogatories and document requests in an effort to enforce the Court's judgment entered against defendant on April 20, 2015. The motion sets forth good cause and the motion (Doc. 26) is therefore granted. Defendant shall appear for deposition as scheduled and shall respond to the written discovery requests within fourteen days of the date of this order.

                                         /s/ Terence P. Kemp
                                         United States Magistrate Judge